```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03407
   WILLIE D DIGGS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-3526


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/14/2008 and was not confirmed.

    The case was dismissed without confirmation 07/24/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED         568.68         .00           .00
CITIFINANCIAL MORTGAGE    UNSECURED       NOT FILED        .00           .00
CHARTER ONE               UNSECURED       NOT FILED        .00           .00
CMNTYPRP MNG              UNSECURED       NOT FILED        .00           .00
CONSUMER PORTFOLIO SERVI  UNSECURED       NOT FILED        .00           .00
COMCAST                   UNSECURED       NOT FILED        .00           .00
CREDIT PROTECTION ASSOC   UNSECURED       NOT FILED        .00           .00
WISCONSIN ELECTRIC CO     UNSECURED       NOT FILED        .00           .00
GMAC                      UNSECURED        5721.84         .00           .00
GMAC                      UNSECURED       NOT FILED        .00           .00
GMAC                      UNSECURED       NOT FILED        .00           .00
BUSCHBACK INSURANCE AGEN  UNSECURED       NOT FILED        .00           .00
LITTON LOAN SERVICING     UNSECURED       NOT FILED        .00           .00
LITTON LOAN SERVICING     UNSECURED       NOT FILED        .00           .00
LITTON LOAN SERVICING     UNSECURED       NOT FILED        .00           .00
PEOPLES NATURAL GAS       UNSECURED       NOT FILED        .00           .00
NICOR GAS                 UNSECURED       NOT FILED        .00           .00
NICOR GAS                 UNSECURED       NOT FILED        .00           .00
NICOR GAS                 UNSECURED       NOT FILED        .00           .00
NICOR GAS                 UNSECURED       NOT FILED        .00           .00
NICOR GAS                 UNSECURED       NOT FILED        .00           .00
OCWEN FEDERAL BANK        UNSECURED       NOT FILED        .00           .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED        .00           .00
OPTION ONE MORTGAGE CO    UNSECURED       NOT FILED        .00           .00
PROVIDENT CFS             UNSECURED       NOT FILED        .00           .00
PEOPLES ENERGY            UNSECURED       NOT FILED        .00           .00
PEOPLES ENERGY            UNSECURED       NOT FILED        .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         215.61         .00           .00
SELECT PORTFOLIO SERVICI  UNSECURED       NOT FILED        .00           .00
ST PAUL FEDERAL BANK      UNSECURED       NOT FILED        .00           .00
WISCONSIN ELECTRIC POWER  UNSECURED       NOT FILED        .00           .00
TERRY CRAIG               NOTICE ONLY     NOT FILED        .00           .00
DAVID HARPER              NOTICE ONLY     NOT FILED        .00           .00
CITY OF CHICAGO WATER DE  SECURED              .00         .00           .00
COOK COUNTY TREASURER     SECURED          1595.21         .00        177.24

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 03407  WILLIE D DIGGS
```

```
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00              .00            .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE   25388.97              .00            .00
US BANK NA                CURRENT MORTG        .00              .00            .00
US BANK NA                MORTGAGE ARRE        .00              .00            .00
ROUNDUP FUNDING LLC       UNSECURED        1308.60              .00            .00
KLUEVER & PLATT           NOTICE ONLY   NOT FILED               .00            .00
GLENDA J GRAY             DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                            15.41
DEBTOR REFUND             REFUND                                            807.35

        Summary of Receipts and Disbursements:
 ---------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
 ---------------------------------------------------------------------------
 TRUSTEE                1,000.00

 PRIORITY                                          .00
 SECURED                                        177.24
 UNSECURED                                         .00
 ADMINISTRATIVE                                    .00
 TRUSTEE COMPENSATION                            15.41
 DEBTOR REFUND                                  807.35
                        ---------------     ---------------
 TOTALS                 1,000.00              1,000.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/28/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE